# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
4:18 pm Feb 10 2025
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

In the Matter of the Extradition of
Yami Nileshkumar Patel

*Defendant(s)*

Case No.   1:25  MJ 4032

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 7, 2025 in the county of Lake in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 3184 | Pursuant to the extradition treaty between the United States and Canada and Title 18 U.S.C. Section 3184, Canada seeks the provisional arrest, with a view towards extradition, of Yami Nileshkumar Patel so that he may be prosecuted in Canada for the offense of assault with a weapon, in violation of the Criminal Code of Canada. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Duncan T. Brown, AUSA
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 02-10-2025

*Judge's signature*

City and state: Cleveland, Ohio

Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*